UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAIKHAM SYHARATH,

Petitioner,

v.

BRUCE SCOTT et al.,

Respondent.

CASE NO. 2:26-cv-03109-DGE

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2)

On September 4, 2026, the Court held a hearing on Petitioner's motion for a temporary restraining order ("TRO"). (Dkt. No. 2.) As explained during the hearing, the Court finds Petitioner is unlikely to succeed on the merits of her petition for a writ of habeas corpus and therefore DENIES the motion for a TRO.

Briefly, the Court weighed the familiar factors contained in *Matthews v. Eldridge*, 424 U.S. 319 (1976), to evaluate the likelihood of success on Petitioner's due process claim. The Court found that although Petitioner maintained a private interest in her liberty considering the number of years she has lived in the community under an order of supervision, the risk of

erroneous deprivation was low because she is subject to a final order of removal and the government obtained a travel document prior to her detention. This indicates that any additional process that could have been provided would not have changed the government's ability to detain Petitioner to effectuate removal. In addition, the government's interest in detaining Petitioner was significant because of the final order of removal and a removal flight now scheduled for September 8, 2026. Weighing these factors, and as further discussed at the hearing, the Court concludes Petitioner is not likely to succeed on the merits of her claim and that she does not otherwise meet the requirements for issuance of a TRO.

Accordingly, the Court's order provisionally granting the TRO (Dkt. No. 5) is hereby VACATED. Respondents assert they intend to remove Petitioner to Laos on Tuesday, September 8, 2026. (Dkt. No. 10.) Respondents shall file a status report, no later than 5:00 PM on September 9, 2026, informing the Court whether Petitioner has been removed and if so, when removal occurred.

The Clerk is directed to calendar this event.

Dated this 4th day of September, 2026.

David G. Estudillo
United States District Judge