UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAIKHAM SYHARATH,

Petitioner,

v.

BRUCE SCOTT et al.,

Respondents.

CASE NO. 2:26-cv-03109-DGE

ORDER

On September 4, 2026, the Court denied Petitioner's motion for a temporary restraining order. (Dkt. No. 12.) In its order, the Court directed Respondents to file a status report, no later than 5:00 PM on September 9, 2026, informing the Court whether Petitioner had been removed to Laos. (*Id.*) On September 7, 2026, the Court denied Petitioner's emergency motion for relief, but directed Respondents to respond to Petitioner's motion no later than September 8, 2026. (Dkt. No. 16.)

Respondents identify Petitioner was able to file her motion to reopen her removal proceedings at the Executive Office of Immigration Review ("EOIR") on September 8, 2026.

(Dkt. No. 19 at 1.) Respondents acknowledge there is now "an automatic stay of removal, pursuant to 8 U.S.C. § 1229a(b)(5)(C)(ii)." (*Id.*) Petitioner remains in custody at the Northwest ICE Processing Center and was not transferred out of the district or removed from the United States prior to the filing of her motion to reopen. (*Id.*)

The automatic stay renders Petitioner's emergency motion for relief (Dkt. No. 13) moot and is, therefore, DENIED.

The Parties are advised that the scheduling order (Dkt. No. 4) on Petitioner's underlying habeas petition remains in effect.

Dated this 10th day of September, 2026.



David G. Estudillo
United States District Judge