UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAIKHAM SYHARATH,<br><br>Petitioner,<br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03109-DGE<br><br>ORDER |

This matter comes before the Court on its own motion following review of the record. On October 14, 2026, Petitioner filed an emergency motion to enforce the Court's order granting her writ of habeas corpus. (Dkt. No. 27.) The same day, United States District Judge Lauren King provisionally granted the order to maintain the status quo during the pendency of the motion. (Dkt. No. 29.) Judge King provisionally denied Petitioner's request to immediately enforce the judgment without hearing from Respondents. (*Id.*) There is not currently a deadline for Respondents to respond to Petitioner's motion. Accordingly, the parties shall meet and confer to determine an appropriate briefing schedule for the motion. If the parties are unable to

agree on a briefing schedule, Respondents SHALL file a response no later than 5:00 P.M. on Monday, October 19, 2026. Petitioner's reply SHALL be filed no later than 5:00 P.M. on Tuesday, October 20, 2026.

Dated this 16th day of October, 2026.

David G. Estudillo
United States District Judge